Commonwealth *v.* Thompson et al., Appellants.

Submitted March 27, 1957. Before JONES, C. J., BELL, CHIDSEY, MUSMANNO, ARNOLD, JONES and COHEN, JJ.

*Edwin P. Lewis,* appellant, in propria persona.

*Robert H. Thompson,* appellant, in propria persona.

*Edward C. Boyle,* District Attorney, and *William Claney Smith,* Assistant District Attorney, for appellee.

OPINION PER CURIAM, April 15, 1957:

The judgment is affirmed on the opinion of the Superior Court reported in 181 Pa. Superior Ct. 572, 124 A. 2d 180.